O’Donnell, J.,
dissenting.
{¶ 11} I respectfully dissent. After practicing law for 49 years without a blemish, respondent, believing he was helping, made mistakes by notarizing documents that he had not seen the affiant sign.
*439 Taft, Stettinius & Hollister, L.L.P., and Hugh E. Wall III; Brian D. Weaver; and Eugene P. Whetzel, Bar Counsel, for relator.
Marcus L. Poole and Reginald Maxton, for respondent.
{¶ 12} Given that this record does not demonstrate any financial loss to the parties involved, I agree with the panel that a sanction of a stayed suspension is appropriate. I would suspend respondent for a period of six months but stay that term on the condition of no further violations.
Lundberg Stratton, J., concurs in the foregoing opinion.